
DAN M. WINDER, ESQ.
Nevada State Bar. No. 1569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar. No. 810
SCOTT C. DORMAN, ESQ.
Nevada State Bar No. 13108
KRISTINA MILETOVIC, ESQ.
Nevada State Bar No. 14089
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN LIGE, an individual,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; DOES I-V; and ROES VI-X,<br><br>　　　　　　　Defendants. | Case No: 2:16-cv-02625<br><br>**MOTION<br>TO<br>FILE DKT. #1-1, #1-2, & #1-3<br>(EXHIBITS TO COMPLAINT)<br><u>UNDER SEAL</u><br>(FRCP 5.2)** |

　　　Plaintiff, by and through his counsel, Dan M. Winder, Esq. of the Law Office of Dan M. Winder, prays this Honorable Court seal the previously filed Exhibits 1, 2, and 3 of Plaintiff's Complaint (Dkt. #1-1, #1-2 & 1-3), pursuant to FRCP 5.2. The reason for sealing is that Plaintiff inadvertently filed the un-redacted versions of these documents and subsequently filed his Notice

of Corrected Images of Documents Dkt. #1-1, #1-2, & 1-3 (Dkt. #4), correcting the filing with the redacted version of the documents. Plaintiff has yet to serve the exhibits to his complaint to Defendant. This request is made in good faith, to correct the inadvertent clerical error, and in order to preserve Plaintiff's privacy pursuant to FRCP 5.2.

DATED this 15th day of November, 2016.

LAW OFFICE OF DAN M. WINDER, P.C.

 /s/ Kristina Miletovic for Dan Winder
DAN M. WINDER, ESQ.
Nevada Bar Number: 1569
SCOTT C. DORMAN, ESQ.
Nevada Bar Number: 13108
KRISTINA MILETOVIC, ESQ.
Nevada Bar Number: 14089
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
Tel: (702) 878-6000
Fax: (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 6, 2016 _____

2